AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MOISES SANTIAGO TOLENTINO,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 425-120

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 23, 2026 and under 42 U.S.C. § 405(g), the Commissioner's final decision is reversed and this case is hereby remanded to the Commissioner for further consideration. This case stands closed.

Approved by: ______________________

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

September 23, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

______________________
*(By) Deputy Clerk*